ORIGINAL

FILED
U.S. DISTRICT COURT
AUGUSTA DIV.
2014 DEC -2 PM 3:28
CLERK_____
SO. DIST. OF GA.

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

DUBLIN DIVISION

| | |
|---|---|
| MENETIRONY CLERVRAIN, et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | CV 314-107 |
| ) | |
| CHARLES SAMUEL, Director, Bureau of ) | |
| Prisons, et al., ) | |
| ) | |
| Defendants. ) | |

## ORDER

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation ("R&R), to which objections have been filed. Plaintiffs have filed fifteen separate objections identical in all respects except for the name of the plaintiff in the first sentence and the signature. Plaintiffs have also filed fifteen separate motions to proceed *in forma pauperis*. Nothing in Plaintiffs' objections warrants deviation from the Eleventh Circuit's clear holding that multiple prisoners cannot proceed *in forma pauperis* in the same lawsuit. Hubbard v. Haley, 262 F.3d 1194, 1198 (11th Cir. 2001). Accordingly, the Court **ADOPTS** the Report and Recommendation of the Magistrate Judge as its opinion, **DENIES** Plaintiffs' motions to

proceed *in forma pauperis*, **DISMISSES** this case without prejudice, and **CLOSES** this civil action.

SO ORDERED this 2nd day of December, 2014, at Augusta, Georgia.

_____
UNITED STATES DISTRICT JUDGE