IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF GEORGIA
DUBLIN DIVISION

```
MENETIRONY CLERVRAIN, et al.,   *
                                *
     Plaintiffs,                *
                                *
     v.                         *       CV 314-107
                                *
CHARLES SAMUEL, Director,       *
Bureau of Prisons, et al.,      *
                                *
     Defendants.                *
```

O R D E R

Before the Court is a *pro se* motion filed by Plaintiff Menetirony Clervrain titled "MOTION FOR ['*ALIEN STATUS*'] OR ['*PAUPERIS STATUS*"] OR CRITERIA TO CONSIDER BY INVOKING THE ANT(s) MOVEMENT ACT ("TAMA")." (Doc. No. 42.) This civil action was initiated in September 2014 by a group of inmates, including Plaintiff, who were incarcerated at McRae Correctional Facility in McRae, Georgia. The case was dismissed and judgment entered on the dismissal almost seven years ago. Plaintiff was released from McRae on August 29, 2019.

In July of this year, Plaintiff filed two motions that the Court recently described as "unintelligible" and "without any rhyme or reason." (See Order of August 3, 2021, Doc. No. 41.) The instant motion under consideration is 28 pages of more of the same. There is in fact no discernible claim for relief and no

pending litigation for which the Court need consider *in forma pauperis* status. The Court intuits Plaintiff will not relent in these filings because it costs him nothing; meanwhile, the Court is wasting its resources in docketing, considering, and resolving Plaintiff's frivolous motions. The Court will not countenance this conduct any longer.

Upon the foregoing, Plaintiff's latest motion (doc. no. 42) is **DENIED**. The Clerk is directed not to accept any other filing in this case.

**ORDER ENTERED** at Augusta, Georgia, this ___ day of October, 2021.

_____
UNITED STATES DISTRICT JUDGE